IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00107

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | FINAL ORDER AND JUDGMENT |
| | ) | CONFIRMING FORFEITURE |
| MEHRET KIBROM ZEMHRET | ) | |

Upon Motion of the United States for a Final Order and Judgment of Forfeiture, (Doc. No. 40), THE COURT FINDS AS FOLLOWS:

On April 20, 2018 this Court entered a Consent Order and Judgment of Forfeiture of a money judgment, interest in an LLC, and real property. (Doc. No. 35). The Consent Order was based upon the Defendant's plea of guilty to charges related to operating an unlicensed money transmitting business. The Consent Order was signed by Defendant and also stated that the Government would only take possession of the real property if the Defendant did not tender $49,800.00 as substitute res within six months of the issuance of the Consent Order.

From October 9, 2019 through November 7, 2019, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the Government to dispose of the forfeited property according to law, and further notice to all third parties of their right to petition the Court within sixty days from October 9, 2019, for a hearing to adjudicate the validity of any alleged legal interest in the property. (Doc. No. 39).

On April 6, 2020, the United States sent direct notice to ASMARA, LLC[1] and Samson Kebreab[2] at their last known addresses of: 420 E. 25th Street, Baltimore, MD 21218; 5625 April

---

[1] ASMARA, LLC is the owner of record for the real property at 1403 N. Bond Street, Baltimore, Maryland.

[2] Samson Kebreab is listed as the resident agent of ASMARA, LLC.

Journey Road, #38, Columbia, MD 21044; 1403 N. Bond Street, Baltimore, MD 21213; 210 E. Lexington Street, Suite 300, Baltimore, MD 21202; and 1622 University Boulevard, Silver Spring, MD 20902. Notice was sent via United States Postal Service Certified Mail. The Notice notified recipients of this forfeiture action and of the Government's intent to dispose of the forfeited property in accordance with the law, and of their right to submit a petition to this Court within thirty days of the receipt of the notice.

It appears from the record that no petitions have been filed and the time for filing petitions has expired. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED** that, in accordance with Rule 32.2(c)(2), the Consent Order and Judgment of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **The Real Property at 1403 N. Bond St., Baltimore, Maryland, 21213, more specifically described by Deed Reference 15972/0068, and District and Property Tax ID 08-08-1138-002.**

Signed: July 6, 2020

Robert J. Conrad, Jr.
United States District Judge

2

Case 3:17-cr-00107-RJC-DCK   Document 41   Filed 07/06/20   Page 2 of 2