IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00107

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER FOR FORFEITURE |
| v. | ) | OF SUBSTITUTE *RES* |
| | ) | |
| MEHRET KIBROM ZEMHRET | ) | |

THIS MATTER is before the Court on the United States of America's Motion for Forfeiture of Substitute *Res*. (Doc. No. 42).

For the reasons set forth in the Motion, this Court hereby GRANTS the Motion.

The $25,000 tendered by Defendant to the United States is hereby forfeited as a substitute *res* for the real property at 1403 N. Bond Street, Baltimore, Maryland 21213 ("the Real Property") and the Real Property is hereby dismissed from this action.

SO ORDERED.

Signed: January 14, 2021

Robert J. Conrad, Jr.
United States District Judge